**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

Melissa Schmittou,

          Plaintiff,                                Case No.  1:13cv629

             v.                                  Judge Michael R. Barrett

Johnson & Johnson, *et al.*,

          Defendants.

<u>**ORDER**</u>

This matter is before the Court upon Plaintiff's Motion to Vacate Court's Conditional Dismissal Order.  (Doc. 20).  After Plaintiff filed her motion, Plaintiff filed a Motion to Withdraw her Motion to Vacate.  (Doc. 21).  Plaintiff's Motion to Withdraw (Doc. 21) is **GRANTED**.   This case shall remain **CLOSED**.

**IT IS SO ORDERED.**

                                */s/ Michael R. Barrett*
                              JUDGE MICHAEL R. BARRETT